THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Brook S., Appellant,
 
 
 

v.

 
 
 
 In re: Baby S.,
 an Unborn Child, Respondent.
 
 
 

Appeal From Richland County
John M. Rucker, Family Court Judge

Unpublished Opinion No.  2009-UP-299
 Submitted June 1, 2009  Filed June 8,
2009
Withdrawn, Substituted and Refiled August
25, 2009

Affirmed

 
 
 
 Jan L. Warner, of Columbia, for Appellant.
 Victoria L. Eslinger, Manton M. Grier, Jr.,
 all of Columbia, for Respondent.
 W. Jones Andrews, III, of Columbia, for Guardian Ad Litem. 
 
 
 

PER CURIAM:  Brook S. appeals the family court's order
 refusing to reopen and set aside the 2002 adoption of her biological son.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: S.C. Code Ann. §§ 63-9-750(C), -760 (2008) (a final
 adoption decree controls the legal rights as between the biological parents,
 adoptive parents, and the adopted child); § 63-9-60(A)(1)(e) (an order of
 special circumstances is issued for the purpose of allowing a child to be
 placed out-of-state for adoption where "there
 are unusual or exceptional circumstances such that the best interests of the
 child would be served by placement with or adoption by nonresidents of [South
 Carolina]"); § 63-9-780(B) ("No person may have access to the
 records except for good cause shown by order of the judge of the court in which
 the decree of adoption was entered."); Rule 220(c), SCACR (providing this
 court "may affirm any ruling, order, decision or judgment upon any
 ground(s) appearing in the Record on Appeal"). 
Affirmed.
Hearn, C.J., Cureton,
 A.J., and Goolsby, A.J., concur

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.